IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES H. ANDERSON, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 2485 |
| | ) | |
| NORTHWESTERN UNIVERSITY, a not-for-profit corporation, TURNER CONSTRUCTION COMPANY, an Illinois corporation, DAVIS BRODY BOND, LLP, a limited liability partnership, CHRIS P. STEFANOS ASSOCIATES, INC., an Illinois corporation, BARD RAO + ATHANAS, LLC., a Massachusetts corporation, ARC DESIGN RESOURCES, INC., an Illinois corporation, ROLF JENSEN & ASSOCIATES, INC., an Illinois corporation, and SCHECK MECHANICAL CORP., an Illinois corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## UNCONTESTED JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT

NOW COME Defendants, BARD RAO + ATHANAS, LLC ("BR+A"), CHRIS J. STEFANOS ASSOCIATES, INC. ("Stefanos"), TURNER CONSTRUCTION COMPANY ("Turner") and DAVIS BRODY BOND, LLP. ("DBB"), by and through their respective attorneys, and jointly move this Honorable Court for entry of a Stipulated Judgment for attorneys fees and costs pursuant to Local Rule 54.3. In support of this Motion, Defendants state as follows:

1. On April 17, 2008, this Court entered summary judgment in favor of all Defendants and against Plaintiff. (Dkt. 94) This Court's Order also included attorneys fees and costs. *Id.*

2. In compliance with Local Rule 54.3, the moving Defendants and Plaintiff have exchanged information regarding claimed attorneys fees and costs so as to avoid the necessity of court intervention. Copies of correspondence reflecting the claimed amounts are attached as Exhibits "A" (BR+A), "B" (Stefanos), "C" (Turner) and "D" (DBB).

3. In a May 22, 2008 letter (a copy of which is attached as Exhibit "E."), Plaintiff's counsel has advised the moving Defendants that Plaintiff agrees to the entry of a stipulated judgment for attorneys fees and costs in the amounts claimed, which are as follows:

| | |
|---|---|
| **BR+A** | **$10,807.50** |
| **Stefanos** | **$7,742.50** |
| **Turner** | **$8,106.00** |
| **DBB** | **$10,809.00** |

4. These Defendants request entry of judgment in their favor and against Plaintiff in the respective amounts reflected in Paragraph 3, above.

WHEREFORE, Defendants, BARD RAO + ATHANAS, LLC, CHRIS J. STEFANOS ASSOCIATES, INC., TURNER CONSTRUCTION COMPANY and DAVIS BRODY BOND, LLP respectfully request that this Honorable Court enter an Order reflecting:

(1) Judgment in favor of BARD RAO + ATHANAS, LLC and against Plaintiff, JAMES H. ANDERSON, INC., in the amount of $10,807.50;

(2) Judgment in favor of CHRIS J. STEFANOS ASSOCIATES, INC. and against Plaintiff, JAMES H. ANDERSON, INC., in the amount of $7,742.50;

(3) Judgment in favor of TURNER CONSTRUCTION COMPANY and against Plaintiff, JAMES H. ANDERSON, INC., in the amount of $8,106.00; and

(4) Judgment in favor of DAVIS BRODY BOND, LLP and against Plaintiff, JAMES H. ANDERSON, INC., in the amount of $10,809.00.

Respectfully submitted,

/s/ Scott A. Ruksakiati

Jon B. Masini
Scott A. Ruksakiati
Vanek, Vickers & Masini, P.C.
111 S. Wacker Drive - Suite 4050
Chicago, Illinois 60606
(312) 224-1500

Attorneys for Defendant BARD RAO
+ ATHANAS CONSULTING
ENGINEERS, LLC

/s/ Daniel E. Budorick

Daniel E. Budorick
Peckar & Abramson
209 West Jackson Blvd
Suite 810
Chicago, Illinois 60606
(312) 881-6300

Attorneys for Defendant
TURNER CONSTRUCTION

/s/ Kourtney A. Mulcahy

Kourtney A. Mulcahy
Hinshaw & Culbertson
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601
(312) 704-3000

Attorneys for DAVIS BRODY
BOND, LLP

/s/ Michael H. McColl

Michael H. McColl
Foran Glennon Palandech & Ponzi
150 S. Wacker Drive
Suite 1100
Chicago, Illinois 60606
(312) 863-5000

Attorneys for CHRIS STEFANOS
ASSOCIATES, INC.

N:\07-0109\Pleadings\Attorneys Fee Motion.wpd