IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES H. ANDERSON, INC. | ) |
|     Plaintiff, | ) |
| v. | ) No. 07 C 2485 |
| NORTHWESTERN UNIVERSITY, a not-for-profit corporation, TURNER CONSTRUCTION COMPANY, an Illinois corporation, DAVIS BRODY BOND, LLP, a limited liability partnership, CHRIS P. STEFANOS ASSOCIATES, INC., an Illinois corporation, BARD RAO+ATHANAS, LLC, a Massachusetts corporation, ARC DESIGN RESOURCES, INC., an Illinois corporation, ROLF JENSEN & ASSOCIATES, INC., an Illinois corporation, and SCHECK MECHANICAL CORP., an Illinois corporation, | ) Judge David H. Coar |
|     Defendants. | ) |

**MOTION FOR ENTRY OF STIPULATED JUDGMENT
FOR ATTORNEY'S FEES AND COSTS IN FAVOR OF
ROLF JENSEN & ASSOCIATES, INC.**

Now comes the Defendant, Rolf Jensen & Associates, Inc., by its attorneys, Laurie Randolph and David H. Levitt, and moves this Court for entry of a Stipulated Judgment, and in support of said Motion, states as follows:

1. This Court entered judgment in favor of Rolf Jensen & Associates, Inc. ("RJA") and others on April 16, 2008.

2. In its Order, this Court found that RJA was entitled to an award of costs and attorney's fees.

3. The parties have followed the procedures for attorney's fees award set out in FRCP 54 and Local Rule 54.3, and pursuant to those Rules, RJA and the Plaintiff have agreed to stipulate that judgment should be entered in favor of RJA and against the Plaintiff in the amount of $10,747.28.

WHEREFORE, RJA prays that judgment be entered in favor of Rolf Jensen & Associates, Inc. and against the Plaintiff, James H. Anderson, Inc., in the amount of $10,747.28.

HINSHAW & CULBERTSON LLP

s/ Laurie S. Randolph
Laurie S. Randolph – BAR #3125188
David H. Levitt – BAR #3125349
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
(312) 704-3000
ATTORNEYS FOR DEFENDANT,
ROLF JENSEN & ASSOCIATES, INC.